UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lafarge North America, Inc., | Civil File No. 07-1272 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. Bank National Association ND, | |
| Defendant. | |

On August 17, 2007, Plaintiff Lafarge North America, Inc. and Defendant U.S. Bank National Association ND jointly filed a Stipulation of Dismissal with Prejudice. (See Docket No. 9.) Based on the Stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1),

**IT IS HEREBY ORDERED** that:

1. The claims asserted in the Complaint are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 25, 2007

                                                s/ Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court Judge